# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OHAN MANOUKIAN, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:09-cv-01334-PMP-PAL<br>) |
| vs. | ) **ORDER**<br>) |
| VITO LONGO, *et al.*, | )<br>) |
| Defendants. | )<br>) |

    The parties submitted a Stipulation and Proposed Protective Order (Dkt. #48) which the court has reviewed and approved with the exception of Paragraph 6. In summary, the parties propose in Paragraph 6 that confidential information incorporated in briefs, pleadings or other filings with the court be placed in sealed envelopes or sealed containers. However, when the court adopted the case management, electronic case filing system ("CM/ECF"), the Local Rules were amended to provide that the electronic record is the only official record of the court. With limited exceptions which do not apply paper files are no longer maintained by the Clerk's Office. Submitting paper files to the Clerk of the Court will not preserve the record.

    Accordingly, the parties are directed to comply with the court's CM/ECF filing procedures regarding filing sealed materials. Additionally, the parties are reminded that, in the Ninth Circuit, there is a presumption of public access to judicial files and records, and any materials submitted under

///
///
///
///
///

1 | seal should comply with the Ninth Circuit's direction in *Kamakana v. City and County of Honolulu*, 447
2 | F.3d 1172 (9th Cir. 2006).
3 | **IT IS SO ORDERED**.
4 | Dated this 21st day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge