1  R. DUANE FRIZELL
   Nevada Bar No. 9807
2  CALLISTER & FRIZELL, PLLC
   8275 S. Eastern Ave., Suite 200
3  Las Vegas, Nevada 89123
   Office (702) 657-6000
4  Fax (702) 657-0065
   dfrizell@callisterfrizell.com
5  *Attorneys for Plaintiffs Ohan Manoukian
   And Nora Manoukian*
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OHAN MANOUKIAN, an Individual; and NORA MANOUKIAN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VITO A. LONGO, an Individual; EQUIPMENT MANAGEMENT TECHNOLOGY, a Nevada Corporation; VERDE ACRES, LLC, a Nevada Limited Liability Company; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO.: 2:09-CV-01334-PMP-PAL |

### STIPULATION AND [PROPOSED] ORDER
### TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

COME NOW, Plaintiffs OHAN MANOUKIAN and NORA MANOUKIAN, by and through their attorney, R. DUANE FRIZELL, ESQ. of the law firm CALLISTER & FRIZELL; and Defendants VITO A. LONGO, EQUIPMENT MANAGEMENT TECHNOLOGY, and VERDE ACRES, LLC by and through their attorney, LUIS AYON, ESQ., of the law firm FOX ROTHSCHILD, LLP, and do hereby tender to the Court this Stipulation and [Proposed] Order Extend Deadline to File Joint Pretrial Order. In a good faith effort to reach a settlement in this matter, Plaintiffs and Defendants (the "Parties") hereby stipulate and agree as follows:

///

///

1

...

The deadline[1] of *January 20, 2011 (old deadline)* for the Parties to file a joint pretrial order shall be extended to *January 31, 2011 (new deadline)*.

Dated: January 20, 2011

CALLISTER & FRIZELL

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 009807
8275 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiffs*

Dated: January 20, 2011

FOX ROTHSCHILD, LLP

By: /s/ Luis Ayon, Esq.
LUIS AYON, ESQ.
Nevada Bar No. 009752
3800 H. Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Defendants*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 24, 2011

CASE NO.: 2:09-CV-01334-PMP-PAL

Submitted by:

**CALLISTER & FRIZELL**
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com

By: _____
R. DUANE FRIZELL
Nevada Bar No. 009807
*Attorneys for Plaintiffs*

---

[1] Per this Court's Order (filed Aug. 23, 2010 [Doc. 43]).