1  R. DUANE FRIZELL
2  Nevada Bar No. 9807
   CALLISTER & FRIZELL, PLLC
3  8275 S. Eastern Ave., Suite 200
   Las Vegas, Nevada 89123
4  Office (702) 657-6000
   Fax (702) 657-0065
5  dfrizell@callisterfrizell.com
   *Attorneys for Plaintiffs Ohan Manoukian*
6  *And Nora Manoukian*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OHAN MANOUKIAN, an Individual; and NORA MANOUKIAN, an Individual, | CASE NO.: 2:09-CV-01334-PMP-RJJ |
| Plaintiffs, | |
| vs. | |
| VITO A. LONGO, an Individual; EQUIPMENT MANAGEMENT TECHNOLOGY, a Nevada Corporation; VERDE ACRES, LLC, a Nevada Limited Liability Company; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10, | |
| Defendants. | |

### STIPULATION AND [PROPOSED] ORDER
### TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (SECOND REQUEST)

COME NOW, Plaintiffs OHAN MANOUKIAN and NORA MANOUKIAN, by and through their attorney, R. DUANE FRIZELL, ESQ. of the law firm CALLISTER & FRIZELL; and Defendants VITO A. LONGO, EQUIPMENT MANAGEMENT TECHNOLOGY, and VERDE ACRES, LLC by and through their attorney, LUIS AYON, ESQ., of the law firm FOX ROTHSCHILD, LLP, and do hereby tender to the Court this Stipulation and [Proposed] Order Extend Deadline to File Joint Pretrial Order.

The Parties have made progress, and have settled as to VERDE ACRES, LLC. *See* the Stipulated Partial Judgment (Against Verde Acres, LLC) (filed January 31, 2011 [Doc No. 65]).

///

1

Since settlement negotiations are actively ongoing; however, the Parties need more time for a global Settlement (with all Defendants). Accordingly, Plaintiffs and Defendants (the "Parties") hereby stipulate and agree as follows:

The deadline[1] of *January 31, 2011 (old deadline)* for the Parties to file a joint pretrial order shall be extended to *February 14, 2011 (new deadline)*.

Dated: January 31, 2011

CALLISTER & FRIZELL

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 009807
8275 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiffs*

Dated: January 31, 2011

FOX ROTHSCHILD, LLP

By: /s/ Luis Ayon, Esq.
LUIS AYON, ESQ.
Nevada Bar No. 009752
3800 H. Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Defendants*

IT IS SO ORDERED.

**ORDER**

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: February 1, 2011.
CASE NO.: 2:09-CV-01334-PMP-RJJ

Submitted by:

**CALLISTER & FRIZELL**
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com

By: _____
R. DUANE FRIZELL
Nevada Bar No. 009807
*Attorneys for Plaintiffs*

---

[1] Per the Stipulation and Order to Extend the Deadline to File Joint Pretrial Order (filed January 24, 2011 [Doc. 64]).