Fox Rothschild LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OHAN MANOUKIAN, an individual; and NORA MANOUKIAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>VITO LONGO, an individual; EQUIPMENT MANAGEMENT TECHNOLOGY, a Nevada corporation; VERDE ACRES, LLC, a Nevada limited liability company; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10 | Case No. 2:09-CV-1334-PMP-PAL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

This matter is before the undersigned United States District Court Judge on a Motion to Withdraw as Counsel of Record to Vito Longo Individually [Docket No. 73] (hereafter the "Motion").

The Court having reviewed the Motion and good cause appearing, therefore,

IT IS HEREBY ORDERED that Motion is granted and Fox Rothschild, LLP is no longer counsel of record for Defendant Vito Longo. Any further proceedings shall be directed to Defendant Vito Longo at his home mailing address to wit: 7985 Fairfield Ave., Las Vegas, NV 89123, or via telephone: (702) 575-3000.

VG1 74263v1 02/23/11

IT IS FURTHER ORDERED that the Hearing on Plaintiff's Motion to Strike Defendant's Answer [Docket No. 51] is continued to March 28, 2011 at 3:30 p.m. in LV Courtroom 7C.

IT IS FURTHER ORDERED that Defendant Vito Longo must appear personally or with new counsel of record to argue this motion.

IT IS SO ORDERED.

DATED this _ 25th day of February, 2011.

_____
United States District Court Judge

VG1 74263v1 02/23/11