**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHAN MANOUKIAN, *et al.,* | ) |
| Plaintiffs, | ) Case No. 2:09-cv-01334-PMP-PAL |
| vs. | ) **ORDER** |
| VITO LONGO *et al.,* | ) (App. Judgment Debtor Exam - Dkt. #83) |
| Defendants. | ) |

Before the court is Plaintiffs' Application for Judgment Debtor Examination of Vito A. Longo (Dkt. #83). Plaintiffs' seek an order requiring Longo to appear for a judgment debtor examination to answer questions concerning his personal and real property available to satisfy a judgment entered against him on April 11, 2011. Plaintiffs represent that Longo made one payment toward satisfaction of the judgment, but they have since learned that Longo will not be making any further payments. From Clark County Assessor records, Plaintiffs understand Longo owns two parcels of real property in Clark County, Nevada. For these reasons, the application seeks an order compelling Longo's attendance at a judgment debtor examination pursuant to the provision of Nevada Revised Statute 21.270.

NRS 21.270 permits a judgment creditor to take a judgment debtor examination to appear and answer questions under oath concerning his or her property at a time and place specified in the order. However, the statute is explicit: "No judgment debtor may be required to appear outside the county in which he resides." The application does not state that Longo resides in Clark County, only that he has property here. Accordingly,

///

///

///

1  **IT IS ORDERED** Plaintiffs' Application for Judgment Debtor Examination of Vito A. Longo
2  (Dkt. #83) is **DENIED** without prejudice.
3  Dated this 23rd day of August, 2011.

```
                                    _____
                                    Peggy A. Leen
                                    United States Magistrate Judge
```